JAMES WILSON, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

*Wilson* v. *Erie R. R. Co.*, 146 App. Div. 884, affirmed.
(Argued January 29, 1913; decided February 14, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 11, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

*Adelbert Moot, John W. Ryan* and *H. Z. M. Rodgers* for appellant.

*Eugene M. Ashley* and *Augustus Thibaudeau* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, CHASE, COLLIN, CUDDEBACK and MILLER, JJ.